| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>STRAUB, CHESTER J | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report<br><br>05/2/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | LENOX HILL HOSPITAL - RESIGNED MARCH 31, 2006 |
| 2. | TRUSTEE | MANHATTAN EYE EAR AND THROAT HOSPITAL - (A LENOX HILL HOSPITAL SUBSIDIARY) - RESIGNED MARCH 31, 2006 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 MAY -4 A 11: 05 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | $ 5,771.68 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. LENOX HILL HOSPITAL | TAXI FARES IN CONNECTION WITH TRUSTEE MEETINGS. |
| 2. | THE HOSPITAL PAID FOR TAXIS HOME FROM LENOX HILL HOSPITAL NEW YORK ON THREE OCCASIONS IN JANUARY, FEBRUARY AND MARCH OF 2006. |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WASHINGTON MUTAL | CO-OBLIGOR: MORTGAGE LOAN | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   **FIDELITY INVESTMENTS** | | | | | | | | | |
| 2.   JACKSON TWP NJ AMBAC INSD DTD 12/1/03 F/C 6/1/04 | A | Interest | K | T | | | | | |
| 3.   NY ST DORM AUTH REVS CITY UNIV CONS-5TH GEN-C MBIA 4/10/03 | C | Interest | L | T | | | | | |
| 4.   NY CITY MUN WTR F/A WTR&SWR SYS RV SER B-AMBAC TCRS CSTD | B | Interest | K | T | | | | | |
| 5.   NEW YORK NY SER B AMBAC TCRS OID UNLTD/TAX CUST RCP | C | Interest | | | Redemption | 8-15 | L | | |
| 6.   NEW YORK NY SER L MBIA B/E UNLTD TAX DTD 6/1/97 | C | Interest | | | Redemption | 8-1 | K | | |
| 7.   NEW YORK NY SER H G/O BK ENTRY FGIC INSD DTD 4/1/98 | B | Interest | | | Redemption | 8-1 | K | | |
| 8.   NYC SER G MBIA DD 1/9/96 DUE 2/1/2008 | B | Interest | | | Redemption | 2-1 | K | | |
| 9.   NEW YORK CITY G/O SER D REF BOOK MBIA 1/1/95 MAT 2/1/06 | B | Interest | | | Redemption | 2-1 | K | | |
| 10.  NEW YORK ST TWY AUTH HWY & BRIDGE SER A AMBAC 8/1/96 | A | Interest | | | Redemption | 4-3 | K | | |
| 11.  NEW YORK ST TWY AUTH HWY & BRIDGE SER A AMBAC 2/15/97 | B | Interest | | | Redemption | 4-3 | L | | |
| 12.  NEW YORK CITY SER G AMBAC TCRS OID 1/9/96 DUE 2/1/07 | A | Interest | J | T | Part. Redem. | 2-1 | K | | |
| 13.  NEW YORK SER I B ENTRY TAX OID 4/24/97 | B | Interest | K | T | | | | | |
| 14.  NEW YORK ST TWY AU SVC CONT REV LOC HWY & BRIDGE 8/15/95 | B | Interest | K | T | | | | | |
| 15.  GREENPORT NY PUB IMPT U/T FGIC 1/15/01 F/C 4.75 9/15/07 | B | Interest | L | T | | | | | |
| 16.  LONG ISLAND NY PWR AU ELEC AMBAC 5/1/98 5.50 12/01/06 | D | Interest | | | Redemption | 12-1 | M | | |
| 17.  NEW YORK NY SER F-CR FSA OID | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| STRAUB, CHESTER J | 05/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2/22/01 4.125 08/01/08 | | | | | | | | | |
| 18. BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 19. HEWLETT PACKARD | B | Dividend | M | T | | | | | |
| 20. ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 21. HEALTH CARE PPTY INVS INC COMMON | C | Dividend | L | T | | | | | |
| 22. GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | B | Dividend | K | T | | | | | |
| 23. CAPITAL ONE FINANCIAL | A | Dividend | J | T | | | | | |
| 24. CITIGROUP | A | Dividend | J | T | | | | | |
| 25. HOME DEPOT | A | Dividend | J | T | | | | | |
| 26. IBM COMMON | B | Dividend | M | T | | | | | |
| 27. GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 28. LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |
| 29. EXXON COMMON | A | Dividend | J | T | | | | | |
| 30. 3M COMMON | A | Dividend | J | T | | | | | |
| 31. HRPT PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 32. MERRILL LYNCH & CO. COMMON | A | Dividend | K | T | | | | | |
| 33. COHEN & STEERS REALTY SHARES | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy | 3-24 | J | | |
| 35. | | | | | Buy | 6-23 | J | | |
| 36. | | | | | Buy | 9-28 | J | | |
| 37. | | | | | Buy | 12-22 | J | | |
| 38. EQUITY OFFICE PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 39. NEW YORK ST ENVIRO FACS 5% | B | Interest | L | T | | | | | |
| 40. NEW YORK ST URBAN DEV CORP REV CORR | C | Interest | L | T | | | | | |
| 41. METROPOLITAN TRANS AUTH NY TRAN FACS | D | Interest | M | T | | | | | |
| 42. NY NYC MUN WTR FIN AUTH 5.25% 6/15/2010 | B | Interest | K | T | | | | | |
| 43. NY ST TWY AUTH HWY & BRDG TR FD 5.25% 4/1/2011 | C | Interest | L | T | | | | | |
| 44. BARON GROWTH | C | Dividend | L | T | Buy | 11-20 | J | | |
| 45. SPARTAN 500 INDEX INVESTOR CLASS | A | Dividend | L | T | Buy | 6-2 | J | | |
| 46. | | | | | Buy | 12-19 | J | | |
| 47. AMERICAN GROWTH FUND OF AMERICA CLASS F | A | Dividend | L | T | Buy | 12-19 | J | | |
| 48. ROYCE TOTAL RETURN FUND | C | Dividend | L | T | Buy | 3-10 | J | | |
| 49. | | | | | Buy | 6-9 | J | | |
| 50. | | | | | Buy | 9-11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Buy | 12-5 | J | | |
| 52. S&P MID CAP 400 DEP RCPYS MID CAP | A | Dividend | M | T | | | | | |
| 53. FIDELITY NY MUNI MM | A | Interest | J | T | | | | | |
| 54. FIDELITY CONTRAFUND | | None | M | T | Buy | 12-29 | L | | |
| 55. SELECTED AMERICAN SHARES CL D | | None | M | T | Buy | 12-29 | M | | |
| 56. **CITIBANK ACCOUNTS** | | | | | | | | | |
| 57. CHECKING | | None | J | T | | | | | |
| 58. PREF. MONEY MARKET | A | Interest | | | Liquidated | 3-1 | J | | |
| 59. **FIDELITY IRA ROLLOVER** | | | | | | | | | |
| 60. MARSH & MCLENNAN | A | Dividend | K | T | | | | | |
| 61. FIDELITY CASH RESERVES | A | Dividend | N | T | | | | | |
| 62. FEDL HOME LOAN BK.S CON BD 5.885% 3/30/2009 | C | Interest | L | T | | | | | |
| 63. S&P 500 DEPOSITORY RECEIPT (SPY) UNIT SERIES I | D | Dividend | N | T | PARTIAL SALE | 2-2 | N | E | |
| 64. S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | B | Dividend | M | T | | | | | |
| 65. FEDL HOME LN BANK CONS BD 5.625% 11/15/2011 | C | Interest | K | T | | | | | |
| 66. FEDERAL HOME LN BKS CONS BD 5.475% 1/12/2009 | D | Interest | M | T | | | | | |
| 67. FEDERAL HOME LN BKS CONS BD | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 5.79% 4/27/2009 | | | | | | | | | |
| 68. FEDERAL HOME LN BKS CONS BD 6.715% 6/29/2009 | D | Interest | M | T | | | | | |
| 69. AMERICAN GROWTH FUND OF AMERICA CLASS F (GFAFX) | B | Dividend | M | T | | | | | |
| 70. | | | | | Buy | 12-19 | J | | |
| 71. DODGE & COX STOCK FUND (DODGX) | D | Dividend | N | T | | | | | |
| 72. | | | | | Buy | 3-31 | J | | |
| 73. | | | | | Buy | 6-29 | J | | |
| 74. | | | | | Buy | 9-28 | J | | |
| 75. | | | | | Buy | 12-28 | J | | |
| 76. TWEEDY BROWNE GLOBAL VALUE FUND | C | Dividend | N | T | | | | | |
| 77. | | | | | Buy | 12-28 | J | | |
| 78. BARON GROWTH | D | Dividend | M | T | | | | | |
| 79. | | | | | Buy | 11-20 | J | | |
| 80. ROYCE TOTAL RETURN FUND | D | Dividend | M | T | | | | | |
| 81. | | | | | Buy | 3-10 | J | | |
| 82. | | | | | Buy | 6-10 | J | | |
| 83. | | | | | Buy | 9-11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. | | | | | Buy | 12-5 | J | | |
| 85.   GOOGLE | | None | K | T | | | | | |
| 86.   SPARTAN 500 INDEX IVESTOR CLASS | A | Dividend | K | T | Buy | 6-2 | J | | |
| 87. | | | | | Buy | 12-22 | J | | |
| 88.   FIDELITY CONTRAFUND | | Dividend | M | T | Buy | 2-2 | M | | |
| 89. | | . | | | Buy | 2-3 | J | | |
| 90. | | | | | Buy | 3-3 | K | | |
| 91. | | | | | Buy | 8-31 | L | | |
| 92. | | | | | Buy | 12-19 | K | | |
| 93.   SELECTED AMERICAN SHARES | | Dividend | M | T | Buy | 2-2 | M | | |
| 94. | | | | | Buy | 3-3 | K | | |
| 95. | | | | | Buy | 12-1 | J | | |
| 96.   US TREAS NTS 6.5% 10/15/2006 | D | Interest | | | Redemption | 10-16 | J | | |
| 97.   US TREAS NTS 6.125% 8/15/2007 | D | Interest | M | T | | | | | |
| 98.   US TREAS NTS 4.75% 11/15/2008 | D | Interest | N | T | | | | | |
| 99.   US TREAS NTS 6.0% 8/15/2009 | E | Interest | N | T | | | | | |
| 100.   **FIDELITY IRA** | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. FIDELITY CASH RESERVES | | | J | T | | | | | |
| 102. AMERICAN GROWTH (GFAFX) | A | Dividend | J | T | Buy | 12-19 | J | | |
| 103. **FIDELITY IRA** | | | | | | | | | |
| 104. SPARTAN MARKET INDEX FUND | A | Dividend | J | T | | | | | |
| 105. | | | | | Buy | 6-2 | J | | |
| 106. | | | | | Buy | 12-22 | J | | |
| 107. FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 108. US TREAS NTS 4.75% 11/15/2008 | A | Interest | J | T | | | | | |
| 109. DODGE & COX STOCK FUND | A | Dividend | J | T | | | | | |
| 110. | | | | | Buy | 3-31 | J | | |
| 111. | | | | | Buy | 6-29 | J | | |
| 112. | | | | | Buy | 9-28 | J | | |
| 113. | | | | | Buy | 12-28 | J | | |
| 114. TWEEDY BROWNE GLOBAL VALUE | A | Dividend | K | T | | | | | |
| 115. | | | | | Buy | 12-28 | J | | |
| 116. BARON GROWTH | A | Dividend | J | T | | | | | |
| 117. | | | | | Buy | 11-20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118.  FIDELITY CONTRAFUND | B | Dividend | J | T | Buy | 8-31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J | 05/2/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date ___ 5/3/07 ___

NOTE: ANY █████ ...LSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMI...

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to: -

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544